```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    LYNN M. HARADA, CSBN 267616
 4  Special Assistant United States Attorney
 5
        333 Market Street, Suite 1500
 6      San Francisco, California  94105
        Telephone:  (415) 977-8977
 7      Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| ANNA LISA PETERSON, | ) | |
|---|---|---|
| | ) | CIVIL NO.: 1:11-CV-00591-SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR AN |
| v. | ) | EXTENSION OF TIME FOR DEFENDANT |
| | ) | TO FILE HIS ANSWER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his Answer be extended from August 15, 2011, to August 25, 2011.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. This extension is needed to produce the electronic Certified Administrative Record which will be utilized by both parties.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  August 15, 2011  /s/ *Robert Decker Christenson*
(As authorized via e-mail)
ROBERT DECKER CHRISTENSON
Attorney for Plaintiff

Dated:  August 15, 2011  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   August 15, 2011        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 1:11-CV-00591-SMS    2